judgment and decree of the Court while its numerous competitors may still continue to offer volume discounts inevitably causing petitioner to suffer loss of business and consequent financial loss; and whether under such circumstances the Court should exercise its original equitable jurisdiction to protect the rights of petitioner."

*Malcolm I. Frank* and *James W. Cassedy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 834. ACHILLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *Peter B. Atwood* for petitioner.

No. 735. UNION LEADER CORP. *v.* McLAUGHLIN. Supreme Court of New Hampshire. Certiorari denied. *Walter E. Barton* and *Robert W. Upton* for petitioner. *Stanley M. Brown* for respondent.

No. 736. CONTINENTAL BANK & TRUST CO. *v.* WOODALL. C. A. 10th Cir. Certiorari denied. *Peter W. Billings* and *Barron K. Grier* for petitioner. *Solicitor General Rankin, John F. Davis, George B. Vest* and *Bolling R. Powell, Jr.* for respondent.

No. 737. HARRY M. STEVENS, INC., *v.* JOHNSON, FORMER COLLECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Joseph Walker* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.